**STATE OF TENNESSEE**
**Department of Commerce and Insurance**
**500 James Robertson Parkway**
**Nashville, TN 37243-1131**
**PH - 615.532.5260, FX - 615.532.2788**
**Jerald.E.Gilbert@tn.gov**

December 19, 2012

Metropolitan Life Insurance Company        Certified Mail
800 S. Gay Street, Ste 2021, % C T Corp.   Return Receipt Requested
Knoxville, TN  37929-9710                  7012 1010 0003 5428 8916
NAIC # 65978                               Cashier # 6804

Re:   Albert P. Pruett, Deceased  V.  Metropolitan Life Insurance Company

      Docket # D 13707

To Whom It May Concern:

Pursuant to Tennessee Code Annotated § 56-2-504 or § 56-2-506, the Department of Commerce and Insurance was served December 18, 2012, on your behalf in connection with the above-styled proceeding. Documentation relating to the subject is herein enclosed.

Jerald E. Gilbert
Designated Agent
Service of Process

Enclosures

cc: Probate Court Clerk
    Shelby County
    140 Adams Street, Room 124
    Memphis, Tn  38103

FILED
NOV 28 2012

IN THE PROBATE COURT OF SHELBY COUNTY, TENNESSEE

IN THE MATTER OF:

ALBERT P. PRUETT  　　　　　　　　　　NO.: ___D 13707___
Deceased.  　　　　　　　　　　　　　　Division: __1__

## PETITION FOR MANDATORY INJUNCTION
## TO REQUIRE METROPOLITAN LIFE, HOLDER OF ASSET
## TO PAY PROCEEDS OF CONTRACT TO ESTATE

Now comes Gerald Harte, Executor, and would show the following:

1. The Last Will and Testament of Albert P. Pruett was admitted to Probate in this Court;

2. The respondent Metropolitan Life Insurance Company maintains offices in the state of Tennessee and does business in the state of Tennessee, and is registered to do business in the state of Tennessee as a foreign corporation;

3. There exists liquid assets in the form of proceeds of a life insurance policy from Metropolitan Life Insurance Company in the amount of approximately $90,240.00, which are proceeds from the group life insurance policy of the Federal Employees Group which the respondent administers.

4. Demand has been made of Metropolitan Life Insurance Company in the two methods requested by said company.

5. Metropolitan Life Insurance Company has had possession of these documents for over 90 days, but has wilfully and intentionally refused to forward the proceeds to the Executor even though the Executor complied with the procedures outlined by said in insurance company.

6. The requested action is in the best interest of the estate and its beneficiaries.

WHEREFORE, the Executor prays that:

1. Proper process issue and that Metropolitan Life Insurance Company be cited to appear herein before this Court and show cause why the Court should not Order the proceeds paid to the Estate immediately;

2. The respondent Metropolitan Life Insurance Company be ordered to turn over to the Estate the proceeds of said policy;

3. The respondent Metropolitan Life Insurance Company pay the Estate for attorney fees incurred, as well as interest on the unpaid proceeds, and court costs incurred.

4. For all such other and further relief to which this Honorable Court feels the petitioner to be entitled.

_____
Gerald Harte
Executor

STATE OF TENNESSEE
COUNTY OF SHELBY

The above named Executor / petitioner, who, being duly sworn by me, deposes and says that the statements in the foregoing Motion are true to the Movant's knowledge except as to matters therein stated to be on information and belief, and these matters Petitioner believes to be true.

_____
Gerald Harte

Sworn to and subscribed before me this ___ day of __November__, 2012.

My Commission Expires:

12/14/14

_____
Notary Public

Page 2 of 3

THE COHN LAW FIRM

By: _____/s/_____

William A. Cohn
Attorney for Estate
291 Germantown Bend Cove
Cordova, Tennessee 38018
(901)-757-5557
Tennessee Supreme Court #005873
Texas Supreme Court #04512980



State of Tennessee
Department of Commerce & Insurance
500 James Robertson Parkway
Financial Affairs – Analytical Unit
Nashville, TN 37243

7012 1010 0003 5428 8916   12/19/2012
METROPOLITAN LIFE INSURANCE COMPANY
800 S. GAY STREET, STE 2021, % C T CORP.
KNOXVILLE, TN 37929-9710

3792997110 0002