IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| GERALD HARTE, as executor for the<br>ESTATE OF ALBERT P. PRUETT | )<br>)<br>) | |
| Plaintiff, | ) | |
| v. | ) | No. 2:13-cv-02035-JTF-dkv |
| | ) | |
| METROPOLITAN LIFE<br>INSURANCE COMPANY, | )<br>)<br>) | |
| | ) | |
| Defendant. | ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court, as evidenced by the signatures below, the parties have resolved this matter and agree to the dismissal with prejudice of all claims against Defendant Metropolitan Life Insurance Company ("MetLife") in this lawsuit. It is therefore ordered that all claims as to MetLife in the above-styled action are hereby DISMISSED WITH PREJUDICE, with each party to bear its/his own costs.

IT IS SO ORDERED on this 31st day of March, 2014.


*s/ John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE

7/3117362.1

SUBMITTED FOR ENTRY BY:

*s/ Joshua J. Phillips*
Leigh Ann Hodge (No. 28639)
Joshua J. Phillips (No. 25636)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Telephone:  (615) 252-2308
Facsimile:   (615) 252-6308
lhodge@babc.com
jphillips@babc.com

*Attorneys for Defendant Metropolitan Life Insurance Company*

*-and-*

*s/ William A. Cohn (with permission)*
William A. Cohn
The Cohn Law Firm
291 Germantown Bend Cove
Cordova, TN 38018
(901) 757-5557
lawvol1@cohnlawfirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's ECF system to the following on March 28, 2014,:

William A. Cohn
The Cohn Law Firm
291 Germantown Bend Cove
Cordova, TN 38018
(901) 757-5557

*Counsel for Plaintiff*

 *s/ Joshua J. Phillips*